## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60043-AHS

FABIOLA MUNOZ,

      Plaintiff,

v.

A1A PRIME PROPERTIES, LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, FABIOLA MUNOZ, and Defendant, A1A PRIME PROPERTIES, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this March 21, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | / s/ *Joseph R. Casacci* |
| BEVERLY VIRUES, ESQ. | JOSEPH R. CASACCI, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 767514 |
| GARCIA-MENOCAL, P.L. | JOSEPH R. CASACCI, P.A. |
| 350 Sevilla Avenue, Suite 200 | 111 N. Pine Island Road, Suite 104 |
| Coral Gables, FL 33345 | Plantation, Florida 33324 |
| Telephone: (305) 553- 3464 | Tel: (954) 474-7447 |
| E-mail: bvirues@lawgmp.com | E-Mail: jcasacci@casaccilaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

/s/ *Jose A. Loredo*
JOSE A. LOREDO, ESQ.
Florida Bar No. 603058
LOREDO LAW, PLLC
111 North Pine Island Road, Suite 104
Plantation, Florida 33324
Telephone: (954) 474-7447
Facsimile: (888) 600-6520
E-mails:  jose@aloredolaw.com (primary)
pierce@aloredolaw.com (secondary)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 21, 2024.

    Respectfully submitted,

    **GARCIA-MENOCAL, P.L.**
    *Attorneys for Plaintiff*
    350 Sevilla Avenue, Suite 200
    Coral Gables, FL 33345
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: bvirues@lawgmp.com
    Secondary E-Mail: jacosta@lawgmp.com;
    aquezada@lawgmp.com

    By:  */s/ Beverly Virues*
        BEVERLY VIRUES